UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

Angela Nails,
    Plaintiff,
Vs.                                              Case Number 421
Savannah Plastic Surgery,
    Defendant,

## PLAINTIFF ADMENDED COMPLAINT

This United States District Court Southern District Of Georgia Savannah Division has jurisdiction over the Plaintiff complaint because of the federal question the Plaintiff complaint is part of the constitutional and statutory laws base on those the two laws and under article III of the Constitution federal courts can hear all cases under federal question coming from equity the question raise under the Constitution of the United States. The Federal question jurisdiction exists when requirements are met known as Federal laws. The federal courts jurisdiction hears cases that arise under federal law 28 USC 1331 that met the cause of action health, welfare, and privacy. The Plaintiff complaint refers to a group of doctors and one pacific doctor. The welfare and privacy of the Plaintiff was not keep under the Federal question of law. The federal issue jurisdiction relates to the three federal question without federal question being answer does the Federal court have the Jurisdiction the law is clear this Federal court has jurisdiction. The Federal laws do not evoke the laws under Grable Test of the Constitution. The United States of the Constitution people rights as American Citizens of the United States depend on the general Welfare under the Constitution health, peace, and safety law. The Constitution of the United States people right to peace and being treated equal part of the Federal question. The Plaintiff was not treated equal under the State and Federal laws under discrimination people receive the same types of medical treatment as any other person. Optional or elective medical treatment and care under the Federal laws doctors cannot discrimination against color to treat a person

different because of color complex. The Constitution cannot be evoked finding remedies to resolve problems pertaining to the laws under the Constitution for health and welfare or HIAAP privacy Act of 1996 is a Federal rule each federal law is the Federal question the Federal Court can hear cases therefore the Defendant can be served their complaint.

*Angela Nails*

ANGELA NAILS
10708 Egmont Road
Savannah, Georiga 31406

## NOTICE OF SERVICE

The Plaintiff used United States Mail on May 27, 2021 to mail Amended Complaint to the address of Post Office Box 8286 Savannah, Georiga 31412.

_____
ANGELA NAILS
10708 Egmont Road
Savannah, Georiga 31406



Angela Nails
10708 Egmont Road
Savannah, Ga 31406

Clerk Office United States
District Court
P.O. Box 8286
Savannah, Ga 31412

RECEIVED
U.S. Marshals Service
Savannah, Georgia